70b 613
171s 314

# William H. Jackson et al. v. Village of Mt. Morris et al.

1. APPELLATE COURT PRACTICE—*Briefs Must be Filed as Required by the Rules.*—On account of the failure of the appellee to file briefs as required by the rules of the court, the decree in this case is reversed *pro forma* under rule 27, and the cause remanded for a rehearing.

Bill, for an injunction. Appeal from the Circuit Court of Ogle County; the Hon. J. C. GARVER, Judge, presiding. Heard in this court at the December term, 1896. Reversed and remanded. Opinion filed June 26, 1897.

J. C. SEYSTER and H. G. KAUFFMAN, attorneys for appellants.

No appearance for appellees.

OPINION PER CURIAM.

This is an appeal from a decree of the Circuit Court dismissing for want of equity a bill filed by appellants to enjoin the construction of a water supply plant under an alleged contract between the president and board of trustees of the village and the pump company.

Appellants have filed briefs in compliance with the rules of this court, but appellees have failed to do so.

We therefore reverse the decree *pro forma*, under rule 27, and remand the case for a rehearing.